Mary B. Sevier, Administratrix of Estate of Albert E. Sevier, Deceased, Appellee, v. Charles M. Thomson, Trustee of Chicago and North Western Railway Company (Substituted for Charles P. Megan, Trustee), Appellant.

Gen. No. 41,808.

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942; rehearing denied May 4, 1942. Nelson J. Wilcox and I. C. Belden, for appellant; Hummer, Van Ness & Yowell, for appellee; John J. Yowell, of counsel. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."